## JONES, ET AL. v. TOMLINSON.

1. It is no sufficient ground to dismiss a *certiorari* cause, that the petition was verified before the clerk of the Court instead of some officer authorised to administer an oath.

Writ of Error to the County Court of Lauderdale county.

THIS cause was originally a suit before a justice of the peace of Lauderdale county, and was removed to the County Court, upon the petition of the defendants.

When the cause came to the County Court, Tomlinson, the plaintiff, was non-suited, for not appearing; afterwards, on his motion, the non-suit was set aside, and the *certiorari* dismissed, because the petition was sworn to before the clerk of the Court, he having no power to administer an oath. Judgment being rendered for costs against the defendants, they prosecute their writ of error, and assign the dismissing of the *certiorari* as matter of reversal.

Wm. Cooper, for the plaintiffs in error.
No counsel appeared for the defendant.

GOLDTHWAITE, J.—The constant course of practice is to discourage the dismissal of appeal and *certiorari* causes for any matters not connected with the rights of the parties. If it is con-

ceded the clerk of the Court has no authority to administer an oath in vacation, except in cases expressly directed by law, this was no reason to dismiss the *certiorari*, as the Court should have looked to this matter before awarding the writ; or if it afterwards became in any manner important, the petition might have been verified when the cause was proceeding. We do not perceive, however, in what manner a verification of the petition is important, except as shewing the true grounds upon which the *certiorari* is asked, and if all the facts stated were false, it would not affect the validity of the writ, or prevent the cause from being tried *de novo.*

In Curry v. Briant, 1 S. & P. 51, it is said, if the judge granting the *certiorari* deems the facts stated to be sufficient, the Courts will not afterwards entertain motions to dismiss.

We think the dismissing the cause, for the ground stated, was error.

Reversed and remanded.